

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Peter J. Martinez*  *Suite 400*  DIRECT: 410-209-4984
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Peter.Martinez@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-0717


February 12, 2018


The Honorable James K. Bredar
United States District Judge
101 W. Lombard Street
Baltimore, Maryland 21201

     Re:    United States v. Gerald Johnson et al., JKB-16-363

Dear Judge Bredar,

     On February 8, 2018, defendants Gerald Johnson, Kenneth Jones, and Marquise McCants moved jointly for a new trial pursuant to Federal Rule of Criminal Procedure 33. ECF 556-1. In support of their motion, the defendants submitted an affidavit from Mr. McCants' mother, Mona Lisa Carter. ECF 556-6. In her affidavit, Ms. Carter claims that on the afternoon of January 17, 2018, in the vestibule outside Courtroom 3D, she overheard a conversation between undersigned counsel and two ATF case agents. *Id*. at 1. According to Ms. Carter, two jurors and two alternates were sitting nearby as the conversation took place. *Id.*

     On February 9, 2018, an employee of the United States Attorney's Office contacted the Clerk's Office via email to determine whether there is stored video footage depicting the vestibule outside Courtroom 3D on the afternoon of January 17, 2018. The government believes that if such video footage exists, it will demonstrate definitively that the claims in Ms. Carter's affidavit are false. The government understands that its request for video footage has been referred to the Court, and that the Court will inform the parties as to whether and under what circumstances the video footage is available. Because the availability of the video footage could affect the timetable for the government's submission of its response to the defendants' motion, we respectfully request a brief telephonic status conference at a mutually convenient time for the Court and all counsel of record.

     We thank the Court for its consideration of this request.

        Very truly yours,

        STEPHEN M. SCHENNING
        Acting United States Attorney


By: _____/s/_____
        Peter J. Martinez
        Christina A. Hoffman
        Assistant United States Attorneys

cc:    Counsel for Defendants Johnson, Jones, and McCants (via ECF)