**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. JKB-16-0363** |
| | ) | |
| **GERALD JOHNSON, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**...o0o...**

## AFFIDAVIT OF LISA A. CHRISTY

I, LISA A. CHRISTY, being duly sworn, depose and state as follows:

1. I am competent to testify and over the age of eighteen (18).

2. I am a resident of Baltimore City in the State of Maryland.

3. I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives. I am the lead case agent with respect to the above-captioned case. As the lead case agent, I sat at the trial table with Assistant United States Attorneys Peter J. Martinez and Christina A. Hoffman during the trial in the case, which lasted from November 20, 2017 until January 25, 2018. On January 25, 2018, the jury returned verdicts of guilty on all counts against all three trial defendants, namely, Gerald Johnson, a/k/a "Geezy"; Kenneth Jones, a/k/a "Slay"; and Marquise McCants, a/k/a "Digga."

4. On February 8, 2018, McCants' mother, Mona Lisa Carter, submitted an affidavit in support of her son's motion for a new trial. In her affidavit, Ms. Carter alleges that on the afternoon of January 17, 2018, she overheard a conversation between myself, Detective Jonathan Hayden, and AUSAs Peter J. Martinez and Christina A. Hoffman in the vestibule outside the courtroom. Ms. Carter alleges that during this conversation, she heard us state that McCants had

lied about his membership in the Black Guerilla Family and that he was going to get a lot of time. Ms. Carter alleges that this conversation happened in the presence of four jurors.

5. I am familiar with Ms. Carter, who is McCants' biological mother. I observed that she frequently attended the trial in her son's case.

6. The conversation described by Ms. Carter never happened. At no point during trial did I have a conversation with Detective Hayden and AUSAs Martinez and Hoffman about the substance of the case in the presence of jurors. At no point during the trial did I have a conversation with Detective Hayden and AUSAs Martinez and Hoffman about the substance of the case in the vestibule area outside the courtroom. At all times during the trial, I was careful to avoid discussing the case in the presence of jurors (or family members of the defendants).

7. I recall that on the afternoon in question, Detective Hayden was meeting with potential rebuttal witnesses in the office space of the U.S. Attorney's Office on the fifth floor of the courthouse. I also recall that Detective Hayden was sequestered from the trial at that point because he was a potential rebuttal witness himself. As best as I can recall, I did not have any conversation with Detective Hayden in the vestibule outside the courtroom that afternoon—whether case-related or otherwise.

Lisa A. Christy

Sworn and subscribed before me on February 21, 2018.

TIMOTHY ANDREW GARRETT
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires May 30, 2018

Timothy Garrett
Deputy Administrative Officer and Notary Public
U.S. Attorney's Office, District of Maryland
36 South Charles Street, Fourth Floor
Baltimore, Maryland, 21201

[page image is upside down and illegible]