IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA )   )   v. ) **CRIMINAL NO. JKB-16-0363**   )   GERALD JOHNSON, et al. )   )   Defendants. )   ) | |

...o0o...

### AFFIDAVIT OF LESTER SMITH

I, LESTER SMITH, being duly sworn, depose and state as follows:

1. I am competent to testify and am over the age of 18.

2. I am a resident of Elkton, Maryland.

3. On August 26, 2010, I was the victim of an armed home invasion and robbery at my home at 126 Pheasant Drive, Elkton, Maryland. My wife and daughters were also present. The robbery was carried out by two black males. They brandished a gun, which they passed back and forth between them and pointed at me and my daughters, demanding money.

4. Immediately following the robbery, the police apprehended a suspect and brought him to my house. I was able to identify him as one of the robbers. I learned that his name was Marquise McCants.

5. On October 9, 2010, a little more than a month after the robbery, I was at home at 126 Pheasant Drive when there was a knock at the door. I answered the door and saw a black man and black woman standing there. I did not recognize them. They asked me if I was Lester Smith.

I said yes. They introduced themselves as the parents of Marquise McCants, the individual who was incarcerated for the robbery.

6. The black male asked me what happened with the robbery. I began to explain that two males came to my house brandishing a gun, which they passed back and forth between them and pointed at me and my daughters.

7. While I was telling this story, the female—who had identified herself as Marquise McCants' mother—became angry and started talking over me. She asked whether I was planning on testifying against her son at trial. I advised her that I was planning on testifying. The female kept saying that I should not go to court. She reminded me that there were two guys who did the robbery, and the police only caught one of them. She told me that the other guy was still on the streets, and they knew where I lived.

8. I asked if she was threatening me. Neither she nor the male replied. They just walked away.

9. I called the police and told them what happened. Officer Paul Applegate responded to my house and completed a report.

*Lester J. Smith*
Lester Smith

Sworn and subscribed before me on February 21st, 2018.

TIMOTHY ANDREW GARRETT
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires May 30, 2018

Timothy Garrett
Deputy Administrative Officer and Notary Public
U.S. Attorney's Office, District of Maryland
36 South Charles Street, Fourth Floor
Baltimore, Maryland, 21201