FILED: October 15, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-4312 (L)
(1:16-cr-00363-JKB-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

GERALD THOMAS JOHNSON, a/k/a Geezy, a/k/a Gzy Tha Prince

    Defendant - Appellant

_____

O R D E R
_____

The deadline for filing of transcript by Christine T. Asif is extended to 11/13/2018 without sanctions.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk