IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | * | |
| v. | * | **CRIMINAL NO. JKB-16-0363** |
| **GERALD THOMAS JOHNSON**, *et al.*, | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

On May 22, 2020, the Court held a teleconference in this matter. Counsel for the Government, Mr. Johnson, Mr. Jones, and Mr. McCants all attended.[1] During the teleconference, counsel for each party agreed that the pending "evidentiary hearing in accordance with the requirements of *Remmer*" ordered by the Fourth Circuit will be held on May 10–14, 2021. All parties consented to this schedule, and no party raised any objection. Counsel for Mr. Johnson and Mr. Jones consented to their continued detention pending the Court's determination regarding whether they are entitled to a new trial. The parties also agreed that issues regarding the scope and structure of the pending evidentiary hearing (including the subject matter to be explored, the potential witnesses to be called, and the order and form of the questioning) shall be determined by the Court after the parties have had the opportunity to brief the issues in accordance with the below schedule.

---

[1] Though Mr. McCants' appeal remains pending, counsel for the Government and counsel for Mr. McCants represented to the Court that they intend to jointly request that Mr. McCants' case be remanded to the Court so that he may participate in the pending evidentiary hearing. Counsel for Mr. Johnson and Mr. Jones each stated that Defendants have no objection to Mr. McCants being joined for this purpose.

Accordingly, the Court now sets the following dates and deadlines for further proceedings in this case:

| | |
|---|---|
| November 15, 2020 | Deadline for Government's opening brief regarding the pending evidentiary hearing. |
| December 15, 2020 | Deadline for Defendants' opposition brief(s) regarding the pending evidentiary hearing. |
| January 15, 2021 | Deadline for Government's reply brief regarding the pending evidentiary hearing. |
| **May 10, 2021 (one week)** | Begin **Evidentiary Hearing**, Courtroom 5A. Counsel shall appear in court at 9:15 a.m. on the first day of the hearing. |

The Government is directed to prepare notices and "come up" letters as appropriate for the in-court proceedings. No changes in the schedule set forth above will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or *ex parte*, must be made by motion and filed with the Clerk. Counsel are again instructed that they are to have no contact, direct or indirect, with any person who served as a juror or an alternate juror in this case without the express permission of the Court. *See* Local Rules 107.16 and 211 (D. Md. 2018).

DATED this 26th day of May, 2020.

BY THE COURT:

/s/

James K. Bredar
Chief Judge