The United States District Court
for The District of Maryland

Gerald I. Johnson

vs

United States of America     Case No. JKB-16-363

18 USC 3142(G)

Motion Requesting Court to Release Defendant from Confinement Due to Vacated Sentence Conviction And COVID-19 Pandemic Effecting the Institution And posing A substantial risk to the Defendants Health.

Argument:

I Gerald Johnson Do Not consent to confinement And Do wish to be release to home confinement please thank you

(Sensitive)

Due to my sentence being vacated I am requesting that the courts grant me immediate release to home confinement pending trial.

The institution in which I am incarcerated at is a Covid-19 hot spot. There is a continuous/daily increase of positive Covid-19 cases among the staff and inmate population. The continuation of my incarceration at this institution poses a substantial risk to my health. I am a diabetic with hyperintentions (high blood pressure) (high glucose) and I fear that the spread of Covid-19 throughout this institution is posing a risk to my health and endangering my life. See Exhibit #A Attachment memorandum.

Therefore, based on the above stated facts I respectfully request that this motion be granted and I be immediately released to home confinement pending trial. This request is due to my sentence being vacated and the Covid-19 pandemic risk to my health.

Respectfully, Mr. Gerald Johnson

Gerald Johnson 62134-037
USP-Thomson
PO Box 1002
Thomson, IL 61285

Honorable Judge Bredar

11/1/20