

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
Catherine M. Stavlas, Chief Deputy

Reply to Northern Division Address

April 19, 2021

Dear Former Juror or Former Alternate Juror:

    Recently you have been notified that you are required to appear at the U.S. District Court in Baltimore on or about May 10, 2021.  During your appearance you will be meeting with the Judge who presided in the trial of the *United States v. Johnson*, Case No. JKB-16-0363, in which you served as a juror or alternate juror in 2017-18.  At this time, you are not to be concerned with the substance of the discussion that will occur when you return to Court.  There is no suggestion of any impropriety by you.  The Judge simply has some questions for you in reference to your service as a juror here.

    Between now and the time of your appearance in the Court on May 10, you are instructed that you may not have any discussions with any other persons in relation to your service as a juror in that case.  Previously, you were advised that once the trial had ended it was permissible for you to discuss the matter as you saw fit.  Now, in light of the upcoming meeting at the Courthouse, from this moment you are again restricted from discussing this matter with anyone.  There are exceptions:  you are free to disclose to your family members, employers, and other persons in your immediate community that you are required to return to Court for this meeting.  You should not speculate as to the reason.  Further, you are permitted to discuss logistics and administrative details about your return to Court with a victim-witness coordinator from the United States Attorney's Office who has the responsibility of coordinating your travel arrangements, parking, and scheduling details.  Other than these administrative details, you should not discuss anything about the case with this staff member from the U.S. Attorney's Office.  That staff member will contact you, but when they do so they will not attempt to discuss any topics other than the logistical details of your appearance.  Finally, you should not discuss this matter at all with any of the attorneys in the case.

    We look forward to seeing you when you return to the Court during the week of May 10, 2021.

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**

        FELICIA C. CANNON, Clerk

*Felicia C. Cannon*

        APPROVED:
        JAMES K. BREDAR, Chief Judge

**NOTE:** Previously, you were advised to contact the Clerk's Office on Friday, May 7, 2021, to learn when and where you should appear. That instruction appeared in paragraph 7 of the Court order accompanying your subpoena. You should now DISREGARD that instruction and instead follow the directions you will receive in your discussion with the victim/witness coordinator from the U.S. Attorney's Office.

cc:    All counsel of record