**UNITED STATES COURT OF APPEALS**
FOR THE FOURTH CIRCUIT
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VA 23219-3517

**PATRICIA S. CONNOR**　　　　　　　　　　　　　　　　　　　　　　　**TELEPHONE**
　　CLERK　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(804) 916-2700

December 11, 2019

Paul F. Enzinna
Michael D. Montemarano

　　　Re:　　No. 18-4312– *U.S. v. Gerald Johnson* (Argued:  December 10, 2019)

Dear Counsel:

　　　During oral argument in this matter, it was brought to the Court's attention that an individual in the courtroom was using a cellular telephone to take photographs of the courtroom and of the bench.  When questioned, this individual asserted that he was associated with defense counsel.  Please immediately submit a letter to the Court that identifies the individual in question, his relationship to defense counsel, and the individual's contact information.

　　　Thank you for your assistance in this matter.

　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　*Patricia S. Connor*

　　　　　　　　　　　　　　　　　　　　　　　　Patricia S. Connor

cc:　　Peter Jeffrey Martinez, Assistant U.S. Attorney
　　　　Lisa Berger, Deputy U.S. Marshal